**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| T.K., THROUGH HER MOTHER SHERRI LESHORE, and A.S., THROUGH HER MOTHER LAURA LOPEZ, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br> v. <br><br> BYTEDANCE TECHNOLOGY CO., LTD., MUSICAL.LY INC., MUSICAL.LY THE CAYMAN ISLANDS CORPORATION, and TIKTOK INC., <br><br> Defendants. | Case No. 1:19-cv-07915 <br><br> Hon. John Robert Blakey <br><br> Mag. Hon. M. David Weisman |

**MOTION FOR LEAVE TO FILE EXCESS PAGES IN
RESPECT TO PLAINTIFFS' UNOPPOSED MOTION FOR
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs T.K., through her mother Sherri LeShore, and A.S., through her mother Laura Lopez, by their undersigned counsel, respectfully move the Court for leave to file a brief in excess of the fifteen (15) page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1") in respect to Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. In support of their Motion, Plaintiffs state the following:

1.      Plaintiffs are filing contemporaneously with this Motion their Unopposed Motion for Preliminary Approval of Class Action Settlement.

2.      Plaintiffs request leave to file an overlength motion and supporting memorandum of no more than thirty (30) pages.

3.     An enlargement of the page limitation is necessary to allow Plaintiffs to fully summarize the Class Settlement reached by the Parties and set forth the case law supporting the settlement.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting this Motion and allowing Plaintiffs leave to file *instanter* a Motion of no more than thirty (30) pages for approval of their class action settlement.

Dated: December 5, 2019                                Respectfully submitted,

                                                       /s/ *Gary M. Klinger*

                                                       **KOZONIS & KLINGER, LTD.**
                                                       Gary M. Klinger (IL Bar No. 6303726)
                                                       227 W. Monroe Street, Suite 2100
                                                       Chicago, Illinois 60630
                                                       Phone: 312.283.3814
                                                       Fax: 773.496.8617
                                                       gklinger@kozonislaw.com

                                                       **WHITFIELD BRYSON & MASON LLP**
                                                       Gary E. Mason (*pro hac vice forthcoming*)
                                                       5101 Wisconsin Ave., NW, Ste. 305
                                                       Washington, DC 20016
                                                       Phone: 202.640.1160
                                                       Fax: 202.429.2294
                                                       gmason@wbmllp.com

                                                       *Attorneys for Plaintiffs*
                                                       *the Proposed Classes*

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

<u>/s/ *Gary M. Klinger*</u>

Gary M. Klinger, Esq.