# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: T.K., et al. v. ByteDance Technology Co., Ltd., et al.

Case Number: 19-cv-7915

An appearance is hereby filed by the undersigned as attorney for:
Defendants ByteDance Technology Co., Ltd., Musical.ly, Inc., Musical.ly the Cayman Islands Corporation

Attorney name (type or print): Steven P. Mandell

Firm: Mandell Menkes LLC

Street address: 1 North Franklin Street, Suite 3600

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6183729
(See item 3 in instructions)

Telephone Number: (312) 251-1001

Email Address: smandell@mandellmenkes.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you acting as local counsel in this case? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☒ | ☐ |
| If this case reaches trial, will you act as the trial attorney? | ☒ | ☐ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 6, 2019

Attorney signature: S/ Steven P. Mandell
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015