# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

T. K., et al.
                                                          Plaintiff,

v.                                                                        Case No.: 1:19−cv−07915
                                                                                Honorable John Robert Blakey

Bytendance Technology Co., Ltd., et al.
                                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 31, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Status hearing set for 1/16/2020 is stricken. Final approval hearing set for 5/6/2020 to stand. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.