# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: T.K., *et al.* v. ByteDance Technology Co., Ltd., *et al.*

Case Number: 1:19-cv-07915

An appearance is hereby filed by the undersigned as attorney for: Plaintiffs T.K., through her Mother, Sherri Leshore, and A.S., through her Mother, Laura Lopez

Attorney name (type or print): Gary E. Mason

Firm: Whitfield Bryson & Mason LLP

Street address: 5101 Wisconsin Avenue NW, Suite 305

City/State/Zip: Washington, D.C. 20016

Bar ID Number: 418073
(See item 3 in instructions)

Telephone Number: 202-429-2290

Email Address: gmason@wbmllp.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | **Yes** | No |
| Are you acting as local counsel in this case? | Yes | **No** |
| Are you a member of the court's trial bar? | Yes | **No** |
| If this case reaches trial, will you act as the trial attorney? | **Yes** | No |

If this is a criminal case, check your status.

Retained Counsel

Appointed Counsel
If appointed counsel, are you a
  Federal Defender
  CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 7, 2020

Attorney signature: S/ *Gary E. Mason*
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015