IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| T.K., THROUGH HER MOTHER SHERRI LESHORE, and A.S., THROUGH HER MOTHER LAURA LOPEZ, *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> BYTEDANCE TECHNOLOGY CO., LTD., MUSICAL.LY INC., MUSICAL.LY THE CAYMAN ISLANDS CORPORATION, and TIKTOK INC., <br><br> Defendants. | Case No. 1:19-cv-07915 <br><br> Hon. John Robert Blakey <br><br> Mag. Hon. M. David Weisman |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE EXCESS PAGES IN RESPECT TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR <u>FINAL APPROVAL OF CLASS ACTION SETTLEMENT</u>**

Plaintiffs T.K., through her mother Sherri LeShore, and A.S., through her mother Laura Lopez, by their undersigned counsel, respectfully move the Court for leave to file a brief in excess of the fifteen (15) page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1") in respect to Plaintiffs' Unopposed Supplemental Motion for Final Approval of Class Action Settlement. In support of their Motion, Plaintiffs state the following:

1. Plaintiffs are filing contemporaneously with this Motion their Unopposed Supplemental Motion for Final Approval of Class Action Settlement.

2. Plaintiffs request leave to file an overlength motion and supporting memorandum of no more than thirty (31) pages.

3. An enlargement of the page limitation is necessary to allow Plaintiffs to fully summarize the Class Settlement reached by the Parties and set forth the case law supporting the settlement.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting this Motion and allowing Plaintiffs leave to file *instanter* a Motion of no more than thirty (31) pages for approval of their class action settlement.

Dated: August 13, 2021

Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (IL Bar No. 6303726)
**MASON, LIETZ & KLINGER, LLP**
227 W. Monroe Street, Suite 2100
Chicago, Illinois 60630
Phone: 847.208.4585
Fax: 202.429.2294
gklinger@masonllp.com

Gary E. Mason
David K. Lietz
**MASON LIETZ & KLINGER LLP**
5101 Wisconsin Ave. NW Ste. 305
Washington DC 20016
Phone: 202.640.1160
Fax: 202.429.2294
gmason@masonllp.com

*Attorneys for Plaintiffs and the Settlement Class*

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ *Gary M. Klinger*
Gary M. Klinger, Esq.