**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

T. K., et al.

                                        Plaintiff,

v.                                                      Case No.: 1:19–cv–07915
                                                        Honorable John Robert Blakey

Bytendance Technology Co., Ltd., et al.

                                        Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 25, 2022:

        MINUTE entry before the Honorable John Robert Blakey: For the reasons stated in the accompanying Memorandum Opinion and Order, the Court grants Plaintiffs' supplemental motion for final approval of the proposed settlement agreement [81]. In addition, the Court grants Plaintiffs' supplemental motion for attorneys' fees, costs and service awards [69], awarding Plaintiffs $200,000 in attorneys' fees, $16,133.53 for costs, and service awards in the amount of $1,000 for each of the two named Plaintiffs. The Court denies Mark S.' motion for attorneys' fees and service award [71], and denies Plaintiffs' Rule 11 motion [75]. The Court dismisses with prejudice all claims against Defendants in this action by current and former non–excluded Plaintiffs; those claims by the six excluded class members shall be dismissed without prejudice. All pending deadlines are stricken. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.