# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 22, 2022

To: Thomas G. Bruton
UNITED STATES DISTRICT COURT
Northern District of Illinois
Chicago, IL 60604-0000

| | |
|---|---|
| No. 22-1686 | T. K., Through her mother agent of SHERI LESHORE, and A. S., Through her mother, individually and on behalf of all others similarly situated, agent of LAURA LOPEZ, <br>     Plaintiffs - Appellees <br> v. <br><br> BYTEDANCE TECHNOLOGY COMPANY, LTD., et al., <br>     Defendants - Appellees <br><br> APPEAL OF: MARK S., individually and as a parent and legal guardian of his minor son, A.S., |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-07915 <br> Northern District of Illinois, Eastern Division <br> District Judge John Robert Blakey | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

TYPE OF DISMISSAL:                                                       F.R.A.P. 42(b)

STATUS OF THE RECORD:                                    no record to be returned

form name: **c7_Mandate**    (form ID: **135**)