# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

August 22, 2022

*By the Court*:

| No. 22-1686 | T. K., Through her mother agent of SHERI LESHORE, and A. S., Through her mother, individually and on behalf of all others similarly situated, agent of LAURA LOPEZ, <br> Plaintiffs - Appellees <br><br> v. <br><br> BYTEDANCE TECHNOLOGY COMPANY, LTD., et al., <br> Defendants - Appellees <br><br> APPEAL OF: MARK S., individually and as a parent and legal guardian of his minor son, A.S., |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-07915 <br> Northern District of Illinois, Eastern Division <br> District Judge John Robert Blakey ||

Upon consideration of the **STIPULATED DISMISSAL PURSUANT TO FED. R. APP. P. 42**, filed on August 22, 2022, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**     (form ID: **137**)